UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Corydon Cochran,<br>    Petitioner, | :<br>:<br>: |
| v. | : File No. 2:06-CV-99 |
| Robert Hofmann,<br>    Respondent. | :<br>:<br>: |

ORDER

The Report and Recommendation of the United States Magistrate Judge was filed January 25, 2007.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

The respondent's motion to dismiss (Paper 6) is **GRANTED**, and that this case be **DISMISSED**.

Dated at Burlington, in the District of Vermont, this 5th day of March, 2007.

/s/ William K. Sessions III
William K. Sessions III
Chief Judge, U. S. District Court